IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN TIMOTHY PRICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   2:09-CV-1878-LSC-JEO |
| | ) |
| MICHAEL E. CRISWELL, | ) |
| | ) |
| Defendants. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 24, 2010, recommending that the this cause be dismissed under 28 U.S.C. § 1915A(b) for failure to state a claim upon which relief may be granted.  On March 30, 2010, the plaintiff filed objections wherein he disputes the magistrate's finding that the plaintiff fails to state a claim upon which relief may be granted, objects to the finding that defendant Criswell is immune from liability, and argues that a dismissal under 28 U.S.C. § 1915A(b)(1) and/or (2) constitutes a due process violation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections filed by the plaintiff, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED.   Accordingly, this action is due to be DISMISSED pursuant to 1915A(b)(1) and/or (2).

A Final Judgment will be entered.

Done this 16th day of April 2010.

                                               _____
                                                          L. SCOTT COOGLER
                                                UNITED STATES DISTRICT JUDGE
                                                                       **153671**